# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ISAIAS DUARTE CORTAVE,

     Petitioner,

    v.

MARKWAYNE MULLIN, ET AL.,

     Respondents.

Case No. 5:26-cv-01905-AJR

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

Respondents shall immediately release Petitioner from custody on his own recognizance (without conditions).  Respondents shall also immediately return any confiscated property and documents to Petitioner upon his release.  Respondents shall not re-detain Petitioner without providing at least seven (7) days' notice and a pre-deprivation bond hearing.  The pre-deprivation bond hearing shall occur before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community.  The

Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard.  Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).  Respondents shall file a notice of compliance no later than **April 25, 2026**.

       LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:   April 24, 2026

_____
HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE